THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BURNS, Appellant.*

(Argued October 8, 1894; decided October 23, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 13, 1894, which affirmed a judgment entered upon a verdict convicting defendant of the crime of robbery in the first degree, and also affirmed an order of the Oyer and Terminer of Cayuga county granting a writ of

* Reported below, 77 Hun, 92.

habeas corpus and discharging defendant from imprisonment in state prison and remanding him to the custody of the sheriff of Cayuga county, and also affirming an order requiring defendant to show cause why he should not be remanded and imprisoned for the remainder of his term for a violation of a conditional pardon.

*John H. Keef* for appellant.

*George W. Nellis* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.